MICHELE BECKWITH
Acting United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00176-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JIMMY PEREZ AYON, | DATE: March 27, 2025 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 27, 2025.

2. By this stipulation, defendant now moves to continue the status conference until May 1, 2025, at 9:30 a.m., and to exclude time between March 27, 2025, and May 1, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 3,380 pages of documents, including investigative reports, text messages, transcripts of recorded communications, and other materials, as well as multiple undercover

1  video and audio recordings. All of this discovery has been either produced directly to counsel
2  and/or made available for inspection and copying.

3        b)    Counsel for defendant was newly appointed on August 8, 2024, replacing prior
4  counsel of record. *See* ECF 48 (minutes).

5        c)    Counsel for defendant desires additional time to review this discovery, to conduct
6  factual investigation, to evaluate potential responses to the charges, to confer with his client, and
7  to otherwise prepare for trial.

8        d)    The parties anticipate requesting to set a trial date at the next status conference on
9  May 1, 2025.

10       e)    Counsel for defendant believes that failure to grant the above-requested
11 continuance would deny him the reasonable time necessary for effective preparation, taking into
12 account the exercise of due diligence.

13       f)    The government does not object to the continuance.

14       g)    Based on the above-stated findings, the ends of justice served by continuing the
15 case as requested outweigh the interest of the public and the defendant in a trial within the
16 original date prescribed by the Speedy Trial Act.

17       h)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
18 et seq., within which trial must commence, the time period of March 27, 2025 to May 1, 2025,
19 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
20 because it results from a continuance granted by the Court at defendant's request on the basis of
21 the Court's finding that the ends of justice served by taking such action outweigh the best interest
22 of the public and the defendant in a speedy trial.

23     4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the
24 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
25 must commence.

26     IT IS SO STIPULATED.

| | |
|---|---|
| Dated: February 24, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br><br>/s/ DAVID W. SPENCER<br>DAVID W. SPENCER<br>Assistant United States Attorney |
| Dated: February 24, 2025 | /s/ OLAF HEDBERG<br>OLAF HEDBERG<br>Counsel for Defendant<br>JIMMY PEREZ AYON |

## ORDER

IT IS SO FOUND AND ORDERED this 24th day of February, 2025.

_____
Troy L. Nunley
Chief United States District Judge

Stipulation Regarding Excludable Time
Periods Under Speedy Trial Act

3