The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JIMMY PEREZ AYON,<br><br>    Defendant. | Case Number:  2:22-CR-176 TLN<br><br>**STIPULATION AND ORDER**<br><br>Date: 9/4/2025<br>Time: 9:30 am<br>Judge: Hon. Troy L. Nunley |

Defendant, by and through his counsel of record and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. This matter is set for a Status of Counsel hearing on September 4, 2025;

2. By this stipulation, the parties now move to continue the Status of Counsel hearing until October 2, 2025, at 9:30 a.m. due to issues involving transportation of defendant from his current housing in the CVA facility in McFarland, CA to Court in Sacramento for the September 4, 2025, hearing;

3. Time has previously been excluded to 2/23/26 by the Court's order on 4/28/25 (PACER #59);

4. The government has indicated that it is available on October 2, 2025.

1

**IT IS SO STIPULATED.**

Dated: September 3, 2025

Respectfully submitted

| /s/ Olaf W. Hedberg | /s/David Spencer |
|---|---|
| Olaf W. Hedberg | David Spencer |
| Attorney for Jimmy Perez Ayon | Assistant United States Attorney |

## ORDER

   GOOD CAUSE APPEARING, it is hereby ordered that the September 4, 2025, Status of Counsel hearing be continued to October 2, 2025, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: September 3, 2025

_____
Troy L. Nunley
Chief United States District Judge