ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIMMY PEREZ AYON,<br><br>Defendant. | CASE NO. 2:22-CR-00176-TLN<br><br>STIPULATION AND ORDER TO SET BRIEFING SCHEDULE AND HEARING DATE |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On November 4, 2025, defendant filed a motion to dismiss. ECF 65.

2. The motion is not currently set for hearing. The parties are scheduled to appear before the Court on December 4, 2025, for a status conference.

3. By this stipulation, the parties jointly request that the Court set defendant's pending motion for hearing on December 4, 2025, and adopt the following briefing schedule: government's opposition due November 19, 2025; defendant's reply, if any, due November 26, 2025.

IT IS SO STIPULATED.

Dated:  November 6, 2025      ERIC GRANT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated:  November 6, 2025      /s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant
JIMMY PEREZ AYON

## ORDER

Defendant's motion to dismiss (ECF 65) is set for hearing on December 4, 2025.  The parties' proposed briefing schedule in their Stipulation is approved.

Dated:  November 7, 2025

_____
Troy L. Nunley
Chief United States District Judge