I

ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00176-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JIMMY PEREZ AYON, | DATE: July 9, 2026 |
| Defendant. | TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on July 9, 2026.

2.      By this stipulation, the parties request to vacate the July 9, 2026 status hearing and to set this case for a jury trial to begin on March 22, 2027, and a trial confirmation hearing for February 18, 2027. In addition, the defendant moves to exclude time between July 9, 2026, and March 22, 2027, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes approximately 3,380 pages of documents, including investigative reports, text messages,

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

transcripts of recorded communications, and other materials, as well as multiple undercover video and audio recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Defendant made his initial appearance and was arraigned on the indictment on August 17, 2022.  *See* ECF 7 (minutes). At that hearing, defense counsel Michael Long was appointed to represent defendant.  *See id.*

c)      On August 8, 2024, at a status of counsel hearing, the Court granted defendant's request to relieve defense counsel Michael Long and appoint new counsel of record.  *See* ECF 48 (minutes).  The Court then appointed Olaf Hedberg as new defense counsel of record.  *See id.*

d)      A trial date was then set for February 23, 2026.  *See* ECF 59.  However, on October 2, 2025, the Court granted defendant's request to relieve defense counsel Olaf Hedberg and appoint another new counsel of record.  *See* ECF 64 (minutes).  At that same hearing, the Court appointed Shari Rusk as new defense counsel of record.  *See id.*

e)      At defendant's request, the Court then vacated the previously set trial date and set a status hearing for February 26, 2026.  ECF 73.

f)      Counsel for defendant needs additional time to review the discovery in this case, to conduct factual investigation, to evaluate potential responses to the charges, to confer with her client, and to otherwise prepare for trial.

g)      Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

h)      The government does not object to the continuance.

i)      The parties further agree and stipulate that pursuant to Federal Rule of Criminal Procedure 12(c)(1), Defendant must file all pretrial motions other than motions *in limine* no later than January 14, 2027, and request the following briefing schedule: (i) Defendant shall file any such motions no later than January 14, 2027; (ii) the government's oppositions or statements of non-opposition shall be filed no later than January 28, 2027; (iii) Defendant's reply briefs, if any,

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

shall be filed no later than February 4, 2027; and (iv) the motions shall be heard, if the Court holds a hearing, on February 18, 2027.

j)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

k)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 9, 2026 to March 22, 2027, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 1, 2026

ERIC GRANT
Acting United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated:  July 1, 2026

/s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant
JIMMY PEREZ AYON

## ORDER

Having reviewed the parties' stipulation, and for good cause shown, the Court approves the stipulation, makes the requested findings, and orders that:

1.      The July 9, 2026 status conference is vacated.

2.      This case is set for **Jury Trial on March 22, 2027, at 9:00 a.m.**, and for **a Trial Confirmation Hearing on February 18, 2027, at 9:30 a.m.**, and time is excluded under the Speedy Trial Act through March 22, 2027, with the above-requested findings made by the Court.

2.      Pursuant to Federal Rule of Criminal Procedure 12(c)(1), Defendant shall file all pretrial motions, other than motions *in limine*, no later than January 14, 2027; the government shall file its oppositions or statements of non-opposition no later than January 28, 2027; Defendant shall file his reply briefs, if any, no later than February 4, 2027; and the Court shall hear the motions, if at all, on February 18, 2027, unless otherwise continued by the Court.

IT IS SO ORDERED.

Dated: July 2, 2026

_____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4